## MINUTE ENTRY

**Docket & File**

JOAN M. AZRACK, USMJ

DATE: 11/12/09

DOCKET: 09 CV- 864    ( ARR   )

CASE: SIERRA -vs- MILLERIDGE COTTAGE

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____

Oral motion for _____ by _____

☑ TELEPHONE          ☐ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.    ☑ STATUS CONF.    ☐ SETTLEMENT CONF.    ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15        ☐ 30        ☐ 45        ☐ 60        ☐ Other: _____

FOR PLAINTIFF:   William Rand

FOR DEFENDANT:   Robert Connelly

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Parties report that they have
reached a settlement in principle.
Counsel to file stip of discontinuance
within 30 days.
Next conf. 11/30/09 @ 11:00 AM by tel.

☑ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☑ Next conference on 11/30/ 09 11:00 AM     ☑ Telephone     ☐ In-Person

☐ Pre-Trial Order by _____